**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Jennifer E. H.[1],**

|  |  |  |
|---|---|---|
| | *Plaintiff*, | **Case No. 3:25-cv-210** |
| **v.** | | **District Judge Thomas M. Rose** |
| | | **Magistrate Judge Chelsey M. Vascura** |
| **Commissioner of Social Security,** | | |
| | *Defendant.* | |

---

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. 14), OVERRULING PLAINTIFF'S STATEMENT OF ERRORS (DOC. 8), AFFIRMING THE COMMISSIONER'S DECISION AND TERMINATING CASE.**

---

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge Chelsey M. Vascura on March 24, 2026. (Doc. 14). Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

---

1 Pursuant to this Court's General Order 22-01, any opinion, order, judgment, or other disposition in Social Security cases shall refer to plaintiffs by their first names and last initials.

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 14) in its entirety.

The Court **OVERRULES** Plaintiff's Statement of Errors (Doc. 8) and **AFFIRMS** the Commissioner's decision. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Thursday, April 16, 2026.

**s/THOMAS M. ROSE**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE